

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2015

No. 04-15-00440-CV

Joe and Janie **GOMEZ**,
Appellants

v.

Thomas L. **DASHIELL**,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 15-241-CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

On June 29, 2015, appellants filed what this court is construing as a notice of appeal from the county court's June 18, 2015 judgment of eviction. On July 6, 2015, appellants filed an affidavit of inability to pay costs in this court. It appears appellants also filed the affidavit in the trial court. The affidavit was filed in the trial court with or before the notice of appeal as required. *See* TEX. R. APP. P. 20.1(c)(1). Based on the foregoing, we ordered the clerk of this court to send copies of the affidavit and this order to the trial court, the trial court clerk, the court reporter, and all parties and/or counsel. *See id.* R. 20.1(d)(2). We further ordered that any contest to appellants' affidavit of indigence had to be filed in this court on or before July 31, 2015. *See id.* R. 20.1(e)(1). We advised that if no contest was timely filed, appellants' allegations, as set forth in the affidavit of inability to pay costs, would be deemed true, and they would be permitted to proceed without payment of costs, including costs for the appellate record. *See id.* R. 20.1(f).

No contest has been filed. Accordingly, we **ORDER** that the allegation in appellants' affidavit of inability to pay costs are deemed true and appellants are permitted to proceed on appeal without payment of costs, including costs for the appellate record. **The clerk's record and reporter's record are due in this court on August 17, 2015**. **The clerk and reporter must file the records without requiring payment from appellants. If either the clerk or the reporter are unable to file the record by August 17, 2015, they should file a notification of late record pursuant to the Texas Rules of Appellate Procedure.**

We **order** the clerk of this court to serve a copy of this order on appellants, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2015.

_____
Keith E. Hottle
Clerk of Court